IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CORDELL DOBSON,<br>    Petitioner,<br><br>    vs.<br><br>BRIAN COLEMAN, Superintendent, SCI<br>Fayette Gaol, et al.,<br>    Respondents. | Civil Action No. 11-924 |

O R D E R

AND NOW, this 18th day of October, 2011, after the petitioner, Cordell Dobson, filed a petition for a writ of habeas corpus, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties a period of time after being served with a copy to file written objections thereto, and upon consideration of the objections filed by petitioner, and upon independent review of the petition and the record and upon consideration of the Magistrate Judge's Report and Recommendation (ECF No. 4), which is adopted as the opinion of this Court,

IT IS ORDERED that the petition for a writ of habeas corpus filed by petitioner Cordell Dobson (ECF No. 1) is clearly a successive petition and it is therefore transferred to the United States Court of Appeals pursuant to 28 U.S.C. § 1631 as a successive petition forthwith.

/s/ Joy Flowers Conti
Joy Flowers Conti
United States District Judge

cc:    Cordell Dobson
       BV-1902
       50 Overlook Drive
       La Belle, PA 15450